UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09 CR 669-2 |
| v. | Judge James B. Zagel |
| ROLANDO VILLASENOR. | |

## MEMORANDUM OPINION AND ORDER

Defendant was a member of a drug organization and a distributor of cocaine. He was intended to receive a shipment of cocaine, and the shipment was seized. Defendant fled to Mexico, and from there he assisted the Flores twins in the distribution of narcotics. Eventually, he was caught and found guilty. He was sentenced to a term of 144 months. His guidelines provided a range of 210 to 262 months. Defendant sought sentencing relief in light of Amendment 782, but his guideline remains a Level 38 because of the very large quantity of cocaine in this case. Essentially, the rule is that his applicable range remains his first and still valid sentencing range. No reduction of sentence can occur when his original sentencing range has not been lowered.

Defendant's motion to reduce sentence is denied.

ENTER:

*James B. Zagel*

James B. Zagel
United States District Judge

DATE: January 19, 2016

1